■ The People of the State of New York, Respondent, v Willis Thompson, Appellant. [8 NYS3d 568 ]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Robert Sackett, J.), rendered on or about September 25, 2012, said appeal hav-

ing been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, DeGrasse, Richter and Kapnick, JJ.